IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASCADIA WILDLANDS, OREGON WILD, and KLAMATH SISKIYOU WILDLANDS CENTER, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>       Defendant. | Case No. 6:22-cv-204-AA |

**JOINT STIPULATION OF DISMISSAL**

    Plaintiffs Cascadia Wildlands, Oregon Wild, and Klamath Siskiyou and Defendant, the United States Bureau of Land Management have reached an agreement to resolve this case as set forth in the Settlement Agreement attached to this Joint Stipulation as Exhibit A.

    Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this action with prejudice.

DATED this 9th day of September, 2022.

                                                */s/ Nicholas Cady*
                                              Nicholas S. Cady
                                              Cascadia Wildlands
                                              P.O. Box 10455
                                              Eugene, Oregon 97440
                                              Tel: 541-434-1463
                                              Email: nick@cascwild.org

                                              *Attorney for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Michael K. Robertson*
MICHAEL K. ROBERTSON
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 353-1389
michael.robertson@usdoj.gov

*Attorneys for Defendant*